UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FARM FAMILY CASUALTY INSURANCE COMPANY )
           Plaintiff,                        )
                                            )
v.                                       )        CIVIL ACTION
                                            )        NO.  3:20-cv-243
HECKLER BROTHERS, LLC, CHESTER HECKLER   )
& SANTIAGO COJ                             )
           Defendants.                    )

## DECLARATORY JUDGMENT COMPLAINT

Plaintiff, FARM FAMILY CASUALTY INSURANCE COMPANY ("FFCIC"),

for its Declaratory Judgment Complaint against Defendants, HECKLER BROTHERS,

LLC, CHESTER HECKLER and SANTIAGO COJ, alleges as follows:

Nature of the Action

1.     This is an action for declaratory relief pursuant to 28 U.S.C. § 2201, *et*

*seq.*

2.     FFCIC seeks a declaration as to its defense and indemnity obligations to

HECKLER BROTHERS, LLC and/or CHESTER HECKLER under three insurance

policies in relation to litigation instituted by SANTIAGO COJ against HECKLER

BROTHERS, LLC and CHESTER HECKLER arising out of an incident that took place

on October 6, 2019 at 286 Brewster Street, Coventry, Connecticut.

3.     FFCIC seeks a declaration that there is no defense or indemnity coverage

for HECKLER BROTHERS, LLC and/or CHESTER HECKLER under Liability Policy

No. 0607G1695 issued to Heckler Brothers, LLC, Liability Policy No. 0607G1001 issued

to Heckler Brothers, Leon Heckler and Chester Heckler, and/or Umbrella Policy No.

1

0607B1016 issued to Chester L Heckler, Leon Heckler and Heckler Brothers, in relation to the lawsuit, *Santiago Coj v. Chester Heckler and Heckler Brothers, LLC*, pending in the Rockville Superior Court and bearing Docket No. TTD-CV19-6019124-S (the "Underlying Suit").

Jurisdiction and Venue

4.      FFCIC is an insurance company organized under the laws of the State of New York. FFCIC is domiciled in the State of New York with its principal place of business at 344 Route 9W, Glenmont, NY 12077. FFCIC issued the policies identified in this Complaint from its offices in Glenmont, New York.

5.      Upon information and belief, Defendant, HECKLER BROTHERS, LLC, is organized under the laws of the State of Connecticut with a business address of 286 Brewster Street, Coventry, Connecticut. Accordingly, this Court has personal jurisdiction over it.

6.      Upon information and belief, Defendant, CHESTER HECKLER, is a citizen of the State of Connecticut and resides at 286 Brewster Street, Coventry, Connecticut. Accordingly, this Court has personal jurisdiction over him.

7.      Upon information and belief, Defendant, SANTIAGO COJ, is a citizen of the State of Connecticut and resides at 4 Prospect Street, Willimantic, Connecticut. Accordingly, this Court has personal jurisdiction over him.

8.      Upon information and belief, the amount in controversy exceeds $75,000.000, exclusive of interest and costs.

9.      Jurisdiction in this Court is proper under 28 U.S.C. § 1332(a)(1) in that FFCIC and Defendants are citizens of different states and the amount in controversy exceeds $75,000.00.

10.     Venue is proper in this Court under 28 U.S.C. § 1391(a) because all of the Defendants reside in this judicial district and a substantial part of the events or omissions giving rise to this action occurred in this judicial district.

<u>The Policies</u>

11.     FFCIC issued Liability Policy No. 0607G1695 to Heckler Brothers, LLC with effective dates January 14, 2019 to January 14, 2020. A true and accurate copy of Liability Policy No. 0607G1695 is appended hereto as ***Exhibit A*** and incorporated by reference in its entirety.

12.     FFCIC expressly reserves its right to rely on Liability Policy No. 0607G1695 in its entirety in seeking declaratory judgment that there was/is no duty to defend and/or indemnify HECKLER BROTHERS, LLC and/or CHESTER HECKLER under Liability Policy No. 0607G1695 in relation to the Underlying Suit. FFCIC further expressly reserved the right to modify and amend this Declaratory Judgment Complaint.

13.     FFCIC issued Liability Policy No. 0607G1001 to Heckler Brothers, Leon Heckler and Chester Heckler with effective dates July 11, 2019 to July, 2020. A true and accurate copy of Liability Policy No. 0607G1001 is appended hereto as ***Exhibit B*** and incorporated by reference in its entirety.

14.     FFCIC expressly reserves its right to rely on Liability Policy No. 0607G1001 in its entirety in seeking declaratory judgment that there was/is no duty to defend and/or indemnify HECKLER BROTHERS, LLC and/or CHESTER HECKLER

under Liability Policy No. 0607G1001 in relation to the Underlying Suit. FFCIC further expressly reserved the right to modify and amend this Declaratory Judgment Complaint.

15.     FFCIC issued Umbrella Policy No. 0607B1016 to Chester L Heckler, Leon Heckler and Heckler Brothers with effective dates August 4, 2019 to August 4, 2020. A true and accurate copy of Umbrella Policy No. 0607B1016 is appended hereto as ***Exhibit C*** and incorporated by reference in its entirety.

16.     FFCIC expressly reserves its right to rely on Umbrella Policy No. 0607B1016  in its entirety in seeking declaratory judgment that there was/is no duty to defend and/or indemnify HECKLER BROTHERS, LLC and/or CHESTER HECKLER under Umbrella Policy No. 0607B1016 in relation to the Underlying Suit. FFCIC further expressly reserved the right to modify and amend this Declaratory Judgment Complaint.

<u>The Underlying Suit</u>

17.     On or about November 6, 2019, SANTIAGO COJ filed the Underlying Suit in Connecticut Superior Court, Judicial District of Rockville. A true and accurate copy of the October 29, 2019 complaint is attached hereto as ***Exhibit D*** and incorporated by reference.

18.     The Underlying Suit arises out of an incident alleged to have occurred on October 6, 2019 at 286 Brewster Street, Coventry, Connecticut.

19.     In the Underlying Suit, SANTIAGO COJ asserts five counts titled Count One – Negligence (directed to Defendant CHESTER HECKLER), Count Two – Negligent Infliction of Emotional Distress (directed to Defendant CHESTER HECKLER), Count Three – Respondeat Superior (directed to Defendant HECKLER BROTHERS, LLC), Count Four – Negligent Hiring, Retention and/or Supervision

(directed to Defendant HECKLER BROTHERS, LLC), and Count Five – False Arrest, Detention and/or Imprisonment (directed to both Defendants). In his prayer for relief, SANTIAGO COJ seeks compensatory damages; and such other relief as the Court deems appropriate.

20.     HECKLER BROTHERS, LLC and CHESTER HECKLER are represented by Counsel appointed by FFCIC. Such representation is provided to HECKLER BROTHERS, LLC and CHESTER HECKLER subject to a reservation of rights issued by FFCIC.

21.     Upon information and belief, HECKLER BROTHERS, LLC and CHESTER HECKLER are also represented by personal counsel.

First Count – Declaratory Judgment –<br>No Duty To Defend Under Liability Policy No. 0607G1695

22.     FFCIC incorporates paragraphs 1 – 21 as if fully set forth herein.

23.     The initial grant of liability coverage under Section A - BODILY INJURY/PROPERTY DAMAGE Coverage expressly and unambiguously provides, in relevant part, as follows:

**Section A**
**Bodily Injury/**
**Property Damage**
WE provide coverage under Section A – BODILY INJURY/PROPERTY DAMAGE, if a claim is made or a SUIT is brought against an INSURED for damages because of BODILY INJURY or PROPERTY DAMAGE caused by an OCCURRENCE that takes place in the COVERAGE TERRITORY and to which this coverage applies…

24.     The Underlying Suit fails to trigger coverage under Section A - BODILY INJURY/PROPERTY DAMAGE Coverage because the Underlying Suit does not allege damages because of "bodily injury" or "property damage" as defined by the FFCIC Policy.

25.     The Underlying Suit fails to trigger coverage under Section A - BODILY INJURY/PROPERTY DAMAGE Coverage of the FFCIC Policy because any alleged damages because of "bodily injury" or "property damage" asserted in the Underlying Suit were not caused by an "occurrence" as defined by the FFCIC Policy.

26.     The initial grant of liability coverage under Section F – PERSONAL INJURY/ADVERTISING INJURY Coverage expressly and unambiguously provides, in relevant part, as follows:

| | |
|---|---|
| **Section F**<br>**Personal Injury and**<br>**Advertising Injury**<br>**Liability Coverage** | WE provide coverage under Section F - PERSONAL INJURY and ADVERTISING INJURY Liability Coverage, if a claim is made or a SUIT is brought against an INSURED for damages because of PERSONAL INJURY or ADVERTISING INJURY sustained by any person or organization. The offense resulting in PERSONAL INJURY or ADVERTISING INJURY must be committed in the COVERAGE TERRITORY during the Policy period. |

27.     The Underlying Suit fails to trigger coverage under Section F – PERSONAL INJURY/ADVERTISING INJURY Coverage because the Underlying Suit does not allege damages because of "Personal Injury" or "Advertising Injury" as defined by the FFCIC Policy.

28.     CHESTER HECKLER is not entitled to coverage under Liability Policy No. 0607G1695 because he was/is not an "insured" with respect to the claims asserted in the Underlying Suit as that term is defined by the FFCIC Policy, which expressly and unambiguously states in relevant part:

> **23. INSURED**
>
> **c.** If the named INSURED on the coverage selection page is other than an individual, partnership or joint venture, then INSURED means:
>
> **1)** YOU, the named entity; and
>
> **2)** any executive officer, manager, director, member, stockholder or EMPLOYEE of that entity. However, he is an INSURED only with respect to the scope of his duties as an executive officer, manager, director, member, stockholder or EMPLOYEE of that

entity. He is not an INSURED with respect to his PERSONAL LIABILITY unless PERSONAL LIABILITY is specifically purchased on an individually named basis.

\*\*\*

No person or organization is an INSURED with respect to the conduct of any current or past partnership, joint venture, or limited liability company that is not listed as a named INSURED in the coverage selection page or the Insured Name Schedule of this policy.

29.     There is no coverage under Liability Policy No. 0607G1695 for the Underlying Suit because coverage is excluded pursuant to General Policy Exclusion 5, which expressly and unambiguously states:

**General Policy Exclusions**

WE do not cover loss resulting directly or indirectly from one or more of the following exclusions, regardless of any other causes or events contributing concurrently or in any sequence to the loss:

**5.  Intentional Loss**, meaning loss that results from an act committed by or at the direction of any INSURED with the intent to cause loss.

30.     There is no Section A - BODILY INJURY/PROPERTY DAMAGE Coverage under Liability Policy No. 0607G1695 for the Underlying Suit because coverage is excluded pursuant to exclusions 1., 2., 6., 10., 12., 21., and/or 25., which expressly and unambiguously state, in relevant part:

**Sections A and B Exclusions**

Sections A and B do not apply to BODILY INJURY/PROPERTY DAMAGE or MEDICAL EXPENSES:

1.  sustained by any INSURED, including YOUR EMPLOYEES while acting within the scope of their employment. This exclusion does not apply to DOMESTIC EMPLOYEES and VOLUNTEER WORKERS.

    This exclusion applies:

    a.  whether an INSURED is liable as an employer or in any other capacity; and

    b.  to any obligation of an INSURED to fully or partially reimburse, indemnify or contribute with another for damages arising out of BODILY INJURY to EMPLOYEES;

2.  sustained by any person, including an EMPLOYEE, eligible to receive any benefits that an INSURED voluntarily provides or is required to provide under any workers' compensation, disability benefits, non-occupational

7

disability, occupational disease, unemployment compensation law or any similar law.

This exclusion applies to any obligation of an INSURED to fully or partially reimburse, indemnify or contribute with another for damages arising out of BODILY INJURY to an EMPLOYEE;

6.  expected by, caused intentionally by or at the direction of any INSURED, or resulting from intentional and malicious acts of any INSURED.

However, this exclusion does not apply to BODILY INJURY, PROPERTY DAMAGE or MEDICAL EXPENSES arising out of the reasonable use of force to protect people or property;

10. arising from the ownership, maintenance, operation, use, loaning, renting, entrustment, supervision, occupancy, LOADING or UNLOADING of the following:

   b.  MOTOR VEHICLES;

   d.  owned RECREATIONAL MOTOR VEHICLES if the BODILY INJURY or PROPERTY DAMAGE occurs away from the insured PREMISES, or if the RECREATIONAL MOTOR VEHICLE is insured or required to be insured by a motor vehicle policy. This exclusion does not apply to golf carts while used for golfing purposes;

12. due to the operation of any FARM MACHINERY, MOTOR VEHICLE, RECREATIONAL MOTOR VEHICLE or watercraft while:

   c.  used in any unlawful pursuit;

21. arising out of:

   a.  the actual, alleged or threatened sexual harassment or molestation, corporal punishment, or physical or mental abuse by anyone of any person while in the care, custody or control of any INSURED; or

   b.  the negligent employment, supervision, investigation, reporting or failure to report to the proper authorities, or retention of any person for whom any INSURED is or ever was legally responsible and whose conduct would be excluded by paragraphs 21.a. above;

25. arising out of PERSONAL INJURY and ADVERTISING INJURY;

31.    There is no Section F – PERSONAL INJURY/ADVERTISING INJURY Coverage under Liability Policy No. 0607G1695 for the Underlying Suit because coverage is excluded pursuant to exclusions 3., 5., 6., 8., 9., and/or 17., which expressly and unambiguously state, in relevant part:

**Section F**          Section F – PERSONAL INJURY and ADVERTISING INJURY Liability
**Personal Injury and**  Coverage does not apply to:

**Advertising Injury
Liability Coverage
Exclusions**

3. PERSONAL INJURY and ADVERTISING INJURY arising from the ownership, operation, maintenance, use, occupancy, renting, loaning, entrusting, supervision, LOADING OR UNLOADING of:

    b. a MOTOR VEHICLE;

    c. a RECREATIONAL MOTOR VEHICLE;

5. PERSONAL INJURY and ADVERTISING INJURY:

    a. to an EMPLOYEE of an INSURED if it occurs in the course of employment by the INSURED;

    This exclusion applies:

        1) whether the INSURED is liable as an employer or in any other capacity; and

        2) to any obligation of an INSURED to fully or partially reimburse, indemnify or contribute with another for damages arising out of paragraph 5.a. or 5.b. above;

6. PERSONAL INJURY and ADVERTISING INJURY sustained by any person if benefits are payable or are required to be provided by an INSURED under a workers' compensation, disability benefits, occupational disease, unemployment compensation or like law;

8. PERSONAL INJURY and ADVERTISING INJURY caused by or at the direction of an INSURED with the INSURED'S knowledge or expectation that the offense would inflict injury upon a person or organization;

9. PERSONAL INJURY and ADVERTISING INJURY arising out of the willful violation of an ordinance, statute, or regulation by an INSURED or with the INSURED'S consent;

17. PERSONAL INJURY arising out of:

    a. the actual, alleged or threatened sexual harassment or molestation, corporal punishment, or physical or mental abuse by anyone of any person while in the care, custody or control of any INSURED; or

    b. the negligent employment, supervision, investigation, reporting or failure to report to the proper authorities, or retention of any person for whom any INSURED is or ever was legally responsible and whose conduct would be excluded by paragraphs 17.a. above;

32.    FFCIC is entitled to a declaration that it does not have a duty to defend HECKLER BROTHERS, LLC and/or CHESTER HECKLER in the Underlying Suit under Liability Policy No. 0607G1695.

<u>Second Count – Declaratory Judgment –</u>
<u>No Duty To Indemnify Under Liability Policy No. 0607G1695 –</u>

33.     FFCIC incorporates paragraphs 1 – 32 as if fully set forth herein.

34.     FFCIC is entitled to a declaration that it does not have a duty to indemnify HECKLER BROTHERS, LLC and/or CHESTER HECKLER in the Underlying Suit under Liability Policy No. 0607G1695.

<u>Third Count – Declaratory Judgment –</u>
<u>No Duty To Defend Under Liability Policy No. 0607G1001-</u>

35.     FFCIC incorporates paragraphs 1 – 34 as if fully set forth herein.

36.     The initial grant of liability coverage under Section A - BODILY INJURY/PROPERTY DAMAGE Coverage expressly and unambiguously provides, in relevant part, as follows:

**Section A**          WE provide coverage under Section A – BODILY INJURY/PROPERTY
**Bodily Injury/**     DAMAGE, if a claim is made or a SUIT is brought against an INSURED for
**Property Damage**    damages because of BODILY INJURY or PROPERTY DAMAGE caused by an
                       OCCURRENCE that takes place in the COVERAGE TERRITORY and to
                       which this coverage applies…

37.     The Underlying Suit fails to trigger coverage under Section A - BODILY INJURY/PROPERTY DAMAGE Coverage because the Underlying Suit does not allege damages because of "bodily injury" or "property damage" as defined by the FFCIC Policy.

38.     The Underlying Suit fails to trigger coverage under Section A - BODILY INJURY/PROPERTY DAMAGE Coverage of the FFCIC Policy because any alleged damages because of "bodily injury" or "property damage" asserted in the Underlying Suit were not caused by an "occurrence" as defined by the FFCIC Policy.

39.     The initial grant of liability coverage under Section F – PERSONAL INJURY/ADVERTISING INJURY Coverage expressly and unambiguously provides, in relevant part, as follows:

| **Section F**<br>**Personal Injury and**<br>**Advertising Injury**<br>**Liability Coverage** | WE provide coverage under Section F - PERSONAL INJURY and ADVERTISING INJURY Liability Coverage, if a claim is made or a SUIT is brought against an INSURED for damages because of PERSONAL INJURY or ADVERTISING INJURY sustained by any person or organization. The offense resulting in PERSONAL INJURY or ADVERTISING INJURY must be committed in the COVERAGE TERRITORY during the Policy period. |
|---|---|

40.     The Underlying Suit fails to trigger coverage under Section F – PERSONAL INJURY/ADVERTISING INJURY Coverage because the Underlying Suit does not allege damages because of "Personal Injury" or "Advertising Injury" as defined by the FFCIC Policy.

41.     HECKLER BROTHERS, LLC and/or CHESTER HECKLER is/are not entitled to coverage under Liability Policy No. 0607G1001 because it/he was/is not an "insured" with respect to the claims asserted in the Underlying Suit as that term is defined by the FFCIC Policy, which expressly and unambiguously states, in relevant part:

**23.  INSURED**

    **b.**  If the named INSURED on the coverage selection page is a partnership or joint venture, then INSURED means:

        **1)**  You, the named partnership or joint venture;

        **2)**  EMPLOYEES of the partnership or joint venture while acting within the scope of their employment; and

        **3)**  any partner or member of that partnership or joint venture, but only with respect to his liability as a partner or member. He is not an INSURED with respect to his PERSONAL LIABILITY unless PERSONAL LIABILITY is specifically purchased on an individually named basis.

                        **\*\*\***

No person or organization is an INSURED with respect to the conduct of any current or past partnership, joint venture, or limited liability

company that is not listed as a named INSURED in the coverage
selection page or the Insured Name Schedule of this policy.

42.     There is no coverage under Liability Policy No. 0607G1001 for the

Underlying Suit because coverage is excluded pursuant to General Policy Exclusion 5,

which expressly and unambiguously states:

**General Policy
Exclusions**                    WE do not cover loss resulting directly or indirectly from one or more of the
following exclusions, regardless of any other causes or events contributing
concurrently or in any sequence to the loss:

                                                 **5. Intentional Loss**, meaning loss that results from an act committed by or at
the direction of any INSURED with the intent to cause loss.

43.     There is no Section A - BODILY INJURY/PROPERTY DAMAGE

Coverage under Liability Policy No. 0607G1001 for the Underlying Suit because

coverage is excluded pursuant to exclusions 1., 2., 6., 10., 12., 21., and/or 25., which

expressly and unambiguously state, in relevant part:

**Sections A and B
Exclusions**                    Sections A and B do not apply to BODILY INJURY/PROPERTY DAMAGE or
MEDICAL EXPENSES:

                                                 **1.**  sustained by any INSURED, including YOUR EMPLOYEES while acting
within the scope of their employment. This exclusion does not apply to
DOMESTIC EMPLOYEES and VOLUNTEER WORKERS.

                                                 This exclusion applies:

                                                 **a.**  whether an INSURED is liable as an employer or in any other capacity;
and

                                                 **b.**  to any obligation of an INSURED to fully or partially reimburse,
indemnify or contribute with another for damages arising out of
BODILY INJURY to EMPLOYEES;

                                                 **2.**  sustained by any person, including an EMPLOYEE, eligible to receive any
benefits that an INSURED voluntarily provides or is required to provide
under any workers' compensation, disability benefits, non-occupational
disability, occupational disease, unemployment compensation law or any
similar law.

                                                 This exclusion applies to any obligation of an INSURED to fully or
partially reimburse, indemnify or contribute with another for damages
arising out of BODILY INJURY to an EMPLOYEE;

12

**6.** expected by, caused intentionally by or at the direction of any INSURED, or resulting from intentional and malicious acts of any INSURED.

However, this exclusion does not apply to BODILY INJURY, PROPERTY DAMAGE or MEDICAL EXPENSES arising out of the reasonable use of force to protect people or property;

**10.** arising from the ownership, maintenance, operation, use, loaning, renting, entrustment, supervision, occupancy, LOADING or UNLOADING of the following:

    **b.** MOTOR VEHICLES;

    **d.** owned RECREATIONAL MOTOR VEHICLES if the BODILY INJURY or PROPERTY DAMAGE occurs away from the insured PREMISES, or if the RECREATIONAL MOTOR VEHICLE is insured or required to be insured by a motor vehicle policy. This exclusion does not apply to golf carts while used for golfing purposes;

**12.** due to the operation of any FARM MACHINERY, MOTOR VEHICLE, RECREATIONAL MOTOR VEHICLE or watercraft while:

    **c.** used in any unlawful pursuit;

**21.** arising out of:

    **a.** the actual, alleged or threatened sexual harassment or molestation, corporal punishment, or physical or mental abuse by anyone of any person while in the care, custody or control of any INSURED; or

    **b.** the negligent employment, supervision, investigation, reporting or failure to report to the proper authorities, or retention of any person for whom any INSURED is or ever was legally responsible and whose conduct would be excluded by paragraphs 21.a. above;

**25.** arising out of PERSONAL INJURY and ADVERTISING INJURY;

44.    There is no Section F – PERSONAL INJURY/ADVERTISING INJURY Coverage under Liability Policy No. 0607G1695 for the Underlying Suit because coverage is excluded pursuant to exclusions 3., 5., 6., 8., 9., and/or 17., which expressly and unambiguously state, in relevant part:

| Section F Personal Injury and Advertising Injury Liability Coverage Exclusions | Section F – PERSONAL INJURY and ADVERTISING INJURY Liability Coverage does not apply to: |
|---|---|
| | **3.** PERSONAL INJURY and ADVERTISING INJURY arising from the ownership, operation, maintenance, use, occupancy, renting, loaning, entrusting, supervision, LOADING or UNLOADING of: |

       **b.**  a MOTOR VEHICLE;

       **c.**  a RECREATIONAL MOTOR VEHICLE;

**5.**  PERSONAL INJURY and ADVERTISING INJURY:

       **a.**  to an EMPLOYEE of an INSURED if it occurs in the course of employment by the INSURED;

       This exclusion applies:

          **1)**  whether the INSURED is liable as an employer or in any other capacity; and

          **2)**  to any obligation of an INSURED to fully or partially reimburse, indemnify or contribute with another for damages arising out of paragraph 5.a. or 5.b. above;

**6.**  PERSONAL INJURY and ADVERTISING INJURY sustained by any person if benefits are payable or are required to be provided by an INSURED under a workers' compensation, disability benefits, occupational disease, unemployment compensation or like law;

**8.**  PERSONAL INJURY and ADVERTISING INJURY caused by or at the direction of an INSURED with the INSURED'S knowledge or expectation that the offense would inflict injury upon a person or organization;

**9.**  PERSONAL INJURY and ADVERTISING INJURY arising out of the willful violation of an ordinance, statute, or regulation by an INSURED or with the INSURED'S consent;

**17.**  PERSONAL INJURY arising out of:

       **a.**  the actual, alleged or threatened sexual harassment or molestation, corporal punishment, or physical or mental abuse by anyone of any person while in the care, custody or control of any INSURED; or

       **b.**  the negligent employment, supervision, investigation, reporting or failure to report to the proper authorities, or retention of any person for whom any INSURED is or ever was legally responsible and whose conduct would be excluded by paragraphs 17.a. above;

45.     FFCIC is entitled to a declaration that it does not have a duty to defend HECKLER BROTHERS, LLC and/or CHESTER HECKLER in the Underlying Suit under Liability Policy No. 0607G1001.

<u>Fourth Count – Declaratory Judgment –</u>
<u>No Duty To Indemnify Under Liability Policy No. 0607G1001 –</u>

46.     FFCIC incorporates paragraphs 1 – 45 as if fully set forth herein.

47.     FFCIC is entitled to a declaration that it does not have a duty to indemnify HECKLER BROTHERS, LLC and/or CHESTER HECKLER in the Underlying Suit under Liability Policy No. 0607G1001.

Fifth Count – Declaratory Judgment –
No Duty To Defend Under Umbrella Policy No. 0607B1016 –

48.     FFCIC incorporates paragraphs 1 – 47 as if fully set forth herein.

49.     Umbrella Policy No. 0607B1016 Coverage A – Bodily Injury and Property Damage Liability Coverage applies to "bodily injury" or "property damage" only if caused by an "occurrence".

50.     The Underlying Suit fails to trigger coverage because the Underlying Suit does not allege "bodily injury" or "property damage" caused by an "occurrence" as defined by the FFCIC Policy.

51.     There is no Coverage A – Bodily Injury and Property Damage Liability Coverage under Umbrella Policy No. 0607B1016 for the Underlying Suit because coverage is excluded pursuant to exclusions a., g., h., and/or r., which expressly and unambiguously state, in relevant part:

**2.   Exclusions**

This insurance does not apply to:

**a.   Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**g.   Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

15

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity, and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

\*\*\*

This exclusion does not apply to the extent that valid "underlying insurance" for the employer's liability risks described above exists or would have existed but for the exhaustion of underlying limits for "bodily injury". To the extent this exclusion does not apply, the insurance provided for under this Coverage Part for the employer's liability risks described above will follow the same provisions, exclusions and limitations that are contained in the applicable "underlying insurance", unless otherwise directed by this insurance.

**h.  Employment-related Practices**

"Bodily injury" to:

**(1)**  A person arising out of any:

\*\*\*

    **(b)**  Termination of that person's employment; or

    **(c)**  Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

\*\*\*

This exclusion applies whether the insured may be liable as an employer or in any other capacity, and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

**r.  Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

52.     Umbrella Policy No. 0607B1016 Coverage B – Personal and Advertising Injury Liability Coverage applies to "personal and advertising injury" caused by an offense arising out of the Named Insured's business.

53.     The Underlying Suit fails to trigger coverage because the Underlying Suit does not allege "personal and advertising injury" caused by an offense arising out of the Named Insured's business as defined by the FFCIC Policy.

54.    There is no Coverage B – Personal and Advertising Injury Liability Coverage under Umbrella Policy No. 0607B1016 for the Underlying Suit because coverage is excluded pursuant to exclusions a.1, a.4, and/or a.14., which expressly and unambiguously state, in relevant part:

**2.    Exclusions**

This insurance does not apply to:

**a.**    "Personal and advertising injury":

**(1)    Knowing Violation Of Rights Of Another**

Caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

*** *

**(4)    Criminal Acts**

Arising out of a criminal act committed by or at the direction of the insured.

**(14) Employment-Related Practices**

To:

**(a)**    A person arising out of any:

**(ii)**    Termination of that person's employment; or

**(iii)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(b)**    The spouse, child, parent, brother or sister of that person as a consequence of "personal or advertising injury: to that person at whom any of the employment-related practices described in Paragraph **(i)**, **(ii)** or **(iii)** above is directed.

This exclusion applies whether the injury-causing event described in Paragraph **(i)**, **(ii)** or **(iii)** above occurs before employment, during employment or after employment of that person.

This exclusion applies whether the insured may be liable as an employer or in any other capacity, and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

55.    There is no coverage under Umbrella Policy No. 0607B1016 for the Underlying Suit because coverage is excluded pursuant to the Abuse or Molestation

Exclusion Endorsement and/or the Punitive and Exemplary Damage Exclusion Endorsement, which expressly and unambiguously state, in relevant part:

### EXCLUSION – ABUSE OR MOLESTATION

The following exclusion is added:

**A.** This policy does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of:

    **1.** The actual, alleged or threatened abuse or molestation by anyone of any person while in the care, custody or control of any insured, or

    **2.** The negligent employment, supervision, investigation, reporting to the property (sic) authorities, or failure to so report, or retention of a person for whom any insured is or ever was legally responsible and whose conduct would be excluded by Paragraph **1.** above.

### PUNITIVE AND EXEMPLARY DAMAGE EXCLUSION

The following exclusion is added:

This insurance does not apply to any costs, interest, or damages attributable to punitive or exemplary damages.

56.    HECKLER BROTHERS, LLC and/or CHESTER HECKLER is/are not entitled to coverage under Umbrella Policy No. 0607B1016 because it/he was/is not an "insured" with respect to the claims asserted in the Underlying Suit as that term is defined by the FFCIC Policy, which expressly and unambiguously states, in relevant part:

**SECTION II – WHO IS AN INSURED**

**1.** Except for liability arising out of the ownership, maintenance or use of "covered autos":

    **a.** If you are designated in the Declarations as:

        **(1)** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

***

    **b.** Each of the following is also an insured:

        **(1)** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

            **(a)** "Bodily injury" or "personal and advertising injury":

**(i)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" I the course of his or her employment or performing duties related to the conduct of your business or to your other "volunteer workers" while performing duties related to the conduct of your business;

\*\*\*

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

57.     FFCIC has no duty to defend under Umbrella Policy No. 0607B1016 when "underlying insurance" provides coverage, unless the "underlying insurance" limits have been exhausted.

58.     FFCIC is affording a defense to CHESTER HECKLER, LLC pursuant to "underlying insurance".

59.     FFCIC is affording a defense to CHESTER HECKLER pursuant to "underlying insurance".

60.     The limits of "underlying insurance" have not been exhausted.

61.     FFCIC is entitled to a declaration that it does not have a duty to defend HECKLER BROTHERS, LLC and/or CHESTER HECKLER in the Underlying Suit under Umbrella Policy No. 0607B1016.

<u>Sixth Count – Declaratory Judgment –</u>
<u>No Duty To Indemnify Under Umbrella Policy No. 0607B1016  –</u>

62.     FFCIC incorporates paragraphs 1 – 61 as if fully set forth herein.

463.     FFCIC is entitled to a declaration that it does not have a duty to indemnify HECKLER BROTHERS, LLC and/or CHESTER HECKLER in the Underlying Suit under Umbrella Policy No. 0607B1016.

[Intentionally Blank]

**WHEREFORE**, FFCIC respectfully requests a judgment against the Defendants as follows:

(a)      Declaring that FFCIC is not obligated to defend HECKLER BROTHERS, LLC under Liability Policy No. 0607G1695 as to the allegations against it in the Underlying Suit;

(b)      Declaring that FFCIC is not obligated to defend CHESTER HECKLER under Liability Policy No. 0607G1695 as to the allegations against him in the Underlying Suit;

(c)      Declaring that FFCIC is not obligated to indemnify HECKLER BROTHERS, LLC under Liability Policy No. 0607G1695 as to the allegations against it in the Underlying Suit;

(d)      Declaring that FFCIC is not obligated to indemnify CHESTER HECKLER under Liability Policy No. 0607G1695 as to the allegations against him in the Underlying Suit;

(e)      Declaring that FFCIC is not obligated to defend HECKLER BROTHERS, LLC under Liability Policy No. 0607G1001 as to the allegations against it in the Underlying Suit;

(f)      Declaring that FFCIC is not obligated to defend CHESTER HECKLER under Liability Policy No. 0607G1001 as to the allegations against him in the Underlying Suit;

(g)      Declaring that FFCIC is not obligated to indemnify HECKLER BROTHERS, LLC under Liability Policy No. 0607G1001 as to the allegations against it in the Underlying Suit;

(h)    Declaring that FFCIC is not obligated to indemnify CHESTER HECKLER under Liability Policy No. 0607G1001 as to the allegations against him in the Underlying Suit;

(i)    Declaring that FFCIC is not obligated to defend HECKLER BROTHERS, LLC under Umbrella Policy No. 0607B1016 as to the allegations against it in the Underlying Suit;

(j)    Declaring that FFCIC is not obligated to defend CHESTER HECKLER under Umbrella Policy No. 0607B1016 as to the allegations against him in the Underlying Suit;

(k)    Declaring that FFCIC is not obligated to indemnify HECKLER BROTHERS, LLC under Umbrella Policy No. 0607B1016 as to the allegations against it in the Underlying Suit;

(l)    Declaring that FFCIC is not obligated to indemnify CHESTER HECKLER under Umbrella Policy No. 0607B1016 as to the allegations against him in the Underlying Suit;

(m)    Awarding FFCIC its attorneys' fees and costs in this action; and

(n)    Awarding such other and further relief allowed by law and/or equity as the Court deems just and proper.


DATED:        Hartford, Connecticut
              February 21, 2020

22

Plaintiff,
FARM FAMILY CASUALTY
INSURANCE COMPANY,
By Its Attorney:


/s/ Kelly E. Petter

Kelly E. Petter, Esquire (ct29762)
kpetter@hassettanddonnelly.com
Hassett and Donnelly, P.C.
185 Asylum Street, 26th Floor
Hartford, CT 06103
P: (860) 247-0644
F: (860) 247-0653