UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| FARM FAMILY CASUALTY INSURANCE COMPANY )<br>      Plaintiff,                                           )<br>                                                             )<br>v.                                                              )<br>                                                              )<br>HECKLER BROTHERS, LLC, CHESTER HECKLER )<br>& SANTIAGO COJ                                  )<br>      Defendants.                                         )| CIVIL ACTION<br>NO. 3:20-cv-243 |

## **STIPULATION OF DISMISSAL AS TO ALL CLAIMS**

The Plaintiff, Farm Family Casualty Insurance Company, and the Defendants, Heckler Brothers, LLC and Chester Heckler, in the above-entitled action, pursuant to the provisions of Fed. R. Civ. P. 41 (b), hereby stipulate that all claims be dismissed, with prejudice and without costs, waiving any and all rights of appeal. Although the Defendant, Santiago Coj, has not yet filed an appearance, the Plaintiff, Farm Family Casualty Insurance Company, and the Defendants, Heckler Brothers, LLC and Chester Heckler, hereby agree to stipulate to a dismissal as to the entire case.

DATED:       Hartford, Connecticut
                    August 18, 2020

                                                  The Plaintiff,
                                                  FARM FAMILY CASUALTY
                                                  INSURANCE COMPANY,
                                                  By Its Attorney:

                                                  /s/ *Kelly E. Petter*
                                                  Kelly E. Petter, Esquire (ct29762)
                                                  kpetter@hassettanddonnelly.com
                                                  Hassett and Donnelly, P.C.
                                                  185 Asylum Street, 26th Floor
                                                  Hartford, CT 06103
                                                  P: (860) 247-0644
                                                  F: (860) 247-0653

The Defendants,
Chester Heckler and
Heckler Brothers, LLC
By Their Attorney:


/s/ *Michael Kopsick*

Michael Kopsick, Esquire
mkopsick@kkc-law.com
Kahan Kerensky Capossela, LLP
45 Hartford Turnpike
P.O. Box 3811
Vernon Rockville, CT 06066
P: (860)812-1744
F: (860)647-8302

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that on this day a copy of the foregoing was filed electronically and served by mail upon anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Santiago Coj
4 Prospect Street
Willimantic, CT 06226

                                                                   /s/ *Kelly Petter*
                                                                    Kelly E. Petter, Esquire